Dennis M. Kirven, Bar #5-1325
Benjamin S. Kirven, Bar #6-3887
Kirven and Kirven, P.C.
104 Fort Street
P.O. Box 640
Buffalo, Wyoming, 82834
Telephone: (307) 684-2248
Facsimile: (307) 684-2242
dkirven@wyoming.com
ben@kirvenlaw.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>MINE RITE TECHNOLOGIES, LLC,<br><br>Defendant. | CIVIL ACTION NO. 17CV063-S<br><br>**ENTRY OF APPEARANCE** |

COMES NOW **DENNIS M. KIRVEN**, of Kirven and Kirven, P.C., attorneys at law, 104 Fort Street, P.O. Box 640, Buffalo, Wyoming, 82834, and does hereby enter his appearance as attorney for the Defendant, **MINE RITE TECHNOLOGIES, LLC**, in the above-captioned matter.

DATED this 20th day of June, 2017.

**KIRVEN and KIRVEN, P.C.**

/s/ Dennis M. Kirven
Dennis M. Kirven, Bar #5-1325
Benjamin S. Kirven, Bar #6-3887
104 Fort Street
P.O. Box 640
Buffalo, Wyoming, 82834
Telephone: (307) 684-2248
Facsimile: (307) 684-2242
dkirven@wyoming.com
ben@kirvenlaw.com

**CERTIFICATE OF SERVICE**

Kirven and Kirven, P.C., attorneys for the Defendant, certify that a true and correct copy of the foregoing in the above-entitled case was served as follows:

C. Levi Martin
United States Attorney's Office
P.O. Box 668
Cheyenne, Wyoming 82003
Christopher.Martin@usdoj.gov
*Associate Local Counsel for Plaintiff*

☒U.S. Mail
☐Facsimile
☐Federal Express
☐Hand Delivery
☒E-Mail

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012

☒U.S. Mail
☐Facsimile
☐Federal Express
☐Hand Delivery
☒E-Mail

James P. Driscoll-MacEachron, Pro Hac Vice
james.driscoll-maceachron@eeoc.gov
Mary Jo O'Neill, Pro Hac Vice
mary.oneill@eeoc.gov
Michael M. Baskind, Pro Hac Vice
michael.baskind@eeoc.gov
*Attorneys for Plaintiff*

On this, the 20th day of June, 2017.

/s/ Dennis M. Kirven
**DENNIS M. KIRVEN**
**BENJAMIN S. KIRVEN**